IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JERRY J. MEEKS,

                                                    JUDGMENT IN A CIVIL CASE

     Plaintiff,

                                                    14-cv-703-jdp

v.

COLUMBIA CORR. INSTITUTIONAL,
SGT. PAUL and JOHN DOE,

     Defendants.

---

This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying plaintiff Jerry J. Meeks leave to proceed and dismissing his claims against Columbia Corr. Institutional; and

(2) granting Sgt. Paul's motion for summary judgment based on plaintiff's failure to properly exhaust his administrative remedies and dismissing this case without prejudice.

/s/                                                                      2/8/2016

Peter Oppeneer, Clerk of Court                              Date